Jeffrey A. Myers, Bar No. 094561
ZBS Law, LLP
121 SW Salmon Street, 11th Floor
Portland, OR 97204
(714) 848-7920 / FAX (714) 908-2615
Email: bankruptcy@zbslaw.com
File No. 18005690

Attorneys for Movant.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| In re:<br><br>Anita Christine Smith,<br><br>    Debtor. | CASE NO.: 15-62166-tmr13<br><br>Chapter 13<br><br>Hearing:<br>Date:    August 6, 2019<br>Time:    1:30 p.m.<br>Location:  Telephonic Hearing |

**DECLARATION OF    CHRISTOPHER BIDEAUX    RE: NON-CURE OF BREACH OF ORDER GRANTING ADEQUATE PROTECTION**

I, _Christopher Bideaux_, declare under penalty of perjury as follows:

1. As to the following facts, I know them to be true. Each is based upon my personal knowledge, unless otherwise indicated. If called upon to testify in this or any other action, I could and would testify competently thereto.

2. I am employed as a(n) _SK Account manager_ for SN Servicing and am authorized to sign this Declaration on behalf of Movant.

3. I have access to the bankruptcy books and records for SN Servicing ("Movant") that pertain to loans and extensions of credit given to Debtor concerning the real property located at **1389 Juniper Street N, Keizer, Oregon 97303** ("Property"). I have personally worked on the books, records, and files, and as to the following facts, I know them to be true of my knowledge

1

1 or I have gained knowledge of them from the business records of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the Court if required.

4. I have reviewed the Order Granting Stipulation for Adequate Protection (collectively "Order") entered on August 28, 2019. A copy of the Order is attached hereto as **Exhibit "1"** and incorporated herein by reference. I have personal knowledge as to the status of Debtor's loan and whether the Debtor has complied with the requirements of the Order.

5. Pursuant to paragraph 1 of the Order, the Debtor is obligated to maintain her current on-going payments and stipulation payments to Movant commencing with the September 1, 2019 payment.

6. Debtor defaulted under the Order by failing to make the following payments to Movant as required as of October 30, 2019:

| | |
|---|---|
| 2 regular monthly payment(s) at $922.77 (9/1/2019, 10/1/2019) | $1,845.54 |
| 2 Stipulation payment(s) at 984.16 (9/15/19, 10/15/2019) | $1,968.32 |
| 1 lump sum payment(s) at $8,000.00 (8/15/19) | $8,000.00 |
| Attorney Fees | $50.00 |
| Less funds held in suspense | <$0.00> |
| **Total arrears payments** | **$11,863.86** |

7. On October 3, 2019, Movant caused a written Notice of Default ("Notice") identifying the default referenced in paragraph 6 above to be served on Debtor and Debtor's Counsel via U.S. Regular Mail. A true and correct copy of the Notice is attached hereto as **Exhibit "2"** and incorporated herein by this reference.

8. As of October 30, 2019, Debtor has failed to cure the default set forth in the Notice and has failed to make payments that came due subsequent to said Notice. Thus, Debtor is in material default under the Order for failing to cure the default within the time specified in the Order.

2

9. Based upon Debtor's failure to cure the default, Movant respectfully requests that the Court enter an Order Terminating the Automatic Stay in favor of Movant.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __31__ day of __October__, __2019__, at __Eureka__(city), __CA__(state).

Name: Christopher Sideleaux
Title: VSK Account Manager

3

# CERTIFICATE OF SERVICE

I, Michele Dapello, certify that I am a resident of Orange County, I am over the age of eighteen (18) and not a party to the within action, and that my business address is: 30 Corporate Park, Suite 450, Irvine, CA 92606.

On **October 31, 2019**, I served the within **DECLARATION OF CHRISTOPHER BIDEAUX RE: NON-CURE OF BREACH OF ORDER GRANTING ADEQUATE PROTECTION AND ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY** on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail at Irvine, California, addressed as follows:

| | |
|---|---|
| **Anita Christine Smith**<br>POB 20092<br>Salem, OR 97307-0092 | Gunn & Gunn, P.C.<br>Marc W Gunn & Robert J Gunn<br>POB 4057<br>Salem, OR 97302 |

In addition to any paper copies served by U.S. Mail, registered ECF participants, including parties who have requested Special Notice in this case, will receive an electronic copy of the foregoing document when it has been filed with the Court.

| | |
|---|---|
| Marc W Gunn Attorney | bankruptcynotices@gunnlawfirm.com |
| Robert J Gunn, Attorney | bankruptcynotices@gunnlawfirm.com |
| Naliko Markel, Trustee | ecf@eugene13.com |
| US Trustee, Eugene | USTPRegion18.EG.ECF@usdoj.gov |

I certify under penalty of perjury the foregoing is true and correct.

Executed on **October 31, 2019,** at Irvine, California.

/s/ Michele Dapello
**Michele Dapello**

1